BEFORE THE SECOND DIVISION, JANUARY 24, 1961

No. 65066.—R. H. Macy & Co., Inc. *v.* United States, protest 60/13194 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.

No. 65067.—Elite Sales Corp. *v.* United States, protest 60/3420 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

No. 65068.—Gehrig, Hoban & Co., Inc. *v.* United States, protest 60/6777 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to ovecome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 65069.—Pereline Mfg. Co. *v.* United States, protest 60/6529 (New York).

Opinion by LAWRENCE, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.